**STATE of Missouri, Respondent,**

v.

**Sylvester DAVIS, Appellant.**

**No. 37858.**

Missouri Court of Appeals,
St. Louis District,
Division One.

Nov. 23, 1976.

Robert C. Babione, Public Defender, Joseph Webb, Asst. Public Defender, St. Louis, for appellant.

John C. Danforth, Atty. Gen., Preston Dean, W. Mitchell Elliott, Asst. Attys. Gen., Jefferson City, Brendan Ryan, Circuit Atty., Evelyn M. Baker, Asst. Circuit Atty., St. Louis, for respondent.

CLEMENS, Judge.

A jury found defendant guilty of stealing a display cabinet worth over $50. As a second offender, the court sentenced him to two years' imprisonment. He has appealed, contending only that the trial court erred in refusing his verdict-directing instruction submitting stealing property worth less than $50. Defendant concedes evidence by the owner showed the stolen property was worth at least $700 and that there was no evidence of a lesser value.

As declared in *State v. Manley,* 513 S.W.2d 703[6, 7] (Mo.App.1974), and cases cited therein, a verdict-directing instruction must have evidentiary support, and an instruction on stealing less than $50 need not be given where the only evidence of value is that the stolen property is worth over $50.

Judgment affirmed.

WEIER, P. J., and DOWD, J., concur.